PEOPLE v STRODDER. (Docket No. 54892.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, *Donald A. Kuebler,* Chief, Appellate Division, and *Joel B. Saxe,* Assistant Prosecuting Attorney, for the people. *State Appellate Defender* for defendant-appellant. Reported at 394 Mich 193.

SWAINSON, J., not participating.

STATE BAR GRIEVANCE ADMINISTRATOR v LEWIS. (Docket No. 56046.) Rehearing denied. *Stuart J. Dunnings, Jr.,* and *Alphonse Lewis, Jr., in propria persona,* for respondent. Reported at 394 Mich 224.

SWAINSON, J., not participating.

MARY v LEWIS. (Docket No. 56536.) Rehearing granted. This Court's memorandum opinion in this case dated July 23, 1975 is vacated. Application for leave to appeal reconsidered, and the same is granted. In addition to the issues raised in appellant's application, the Court requests that the parties address the issue of whether 1974 PA 371 affects this case, and, if so, how it affects this case. *MacLean, Seaman, Laing & Guilford* for plaintiff-appellee. Reported at 394 Mich 443.

SWAINSON, J., not participating.